UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILMINGTON TRUST, NA, <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, et al. <br><br> Defendants. | Case No. 2:18-cv-00423-RFB-PAL <br><br> ORDER <br><br> (Mot for Demand – ECF No. 9) |

Before the court is SFR Investments Pool 1, LLC's Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 9). Having reviewed and considered the matter,

**IT IS ORDERED** that SFR Investments Pool 1, LLC's Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 9) is **GRANTED**. Plaintiff Wilmington Trust, NA shall have 30 days from the date of this order to post a $500.00 cost bond or cash deposit.

DATED this 11th day of July, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE