UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILMINGTON TRUST, NA, | Case No. 2:18-cv-0423-RFB-PAL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendants. | |

This matter is before the court on plaintiff Wilmington Trust, NA's ("Wilmington") failure to post a $500.00 cost bond or cash deposit.

The complaint in this case was filed March 8, 2018. On July 11, 2018, the court entered an Order (ECF No. 13) granting SFR Investments Pool 1, LLC's motion for a demand of security costs pursuant to NRS 18.130(1), and requiring Wilmington to post a $500.00 cost bond or cash deposit. The cost bond or cash deposit has not been posted with the Clerk of Court. Pursuant to NRS 18.130(4) the court may dismiss an action when security has not been posted.

**IT IS ORDERED:**

1. Wilmington shall show cause in writing why this case should not be dismissed for failure to comply with the court's order no later than **September 26, 2018**,

2. Posting a $500.00 cost bond or cash deposit on or before September 26, 2018 will satisfy the order to show cause and no further response will be required.

DATED this 12th day of September, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE